**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

YUNYS GONZALEZ BERENGUER,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No. 2:26-cv-02967-RFB-MDC

**ORDER**

Before the Court is Respondents' Motion to Extend Time. See ECF No. 7. Upon second review, the Court notes that Petitioner failed to include a signed petition with their initiating documents. See ECF Nos. 1, 2.

Accordingly, **IT IS HEREBY ORDERED** that the deadlines for document production and briefing set in the Procedures Order (ECF No. 4) are **VACATED and all other parts of the order remain in full force and effect**.

**IT IS FURTHER ORDERED** that Plaintiff has until **October 22, 2026**, to file a signed petition pertaining to themself; ***and then all other deadlines to fall after this.***

**IT IS FURTHER ORDERED** that Respondents' Motion to Extend Time (ECF No. 7) is **DENIED as moot**.

The Clerk of the Court is kindly instructed to attach a copy of this Court's standard template for § 2241 habeas petitions.

**DATED:** September 22, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**